# AFFIDAVIT OF
# RETURN OF SERVICE

**US DISTRICT COURT**                                    **CASE #4:26-CV-00146-RGE-WPK**

**SOUTHERN  DISTRICT
OF IOWA**

**CASE NAME:**          **JERMAINE PEALS, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**VS**

**CONSUMER SAFETY TECHNOLOGY, LLC. D/B/A
INTOXALOCK**

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; JURY TRIAL DEMANDED**

Received on the 7 day of April 2026; served on the 8 day of April 2026 at 9:28am

I served the same on the within name Consumer Safety Technology, LLC dba Intoxalock
At 505 5th Ave. Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____   I served the same by delivering a copy thereof to the above personally.

_____   I served the same on the above person at the person's dwelling house or usual place

of abode, by there delivering a copy thereof to a member of the family, or a manager,
clerk, proprietor or custodian named and described below, a person who was then at
least eighteen years old, who resides at this address.

X   I served to above company, corporation, etc., by delivering a copy to the person

named and described below.  Said service was made at the address shown below, if
any otherwise at the above address.

Service Fee        _____        Located at        _____

Mileage           _____        Remarks           c/o Corporation Service Company,
                                                             Registered Agent
                   _____                         Served Morgan Williams
                                                             _____

Service Charge     _____                         _____

Total Charges:  $50.00                    By: _____
                                               C Miller Investigations, Inc.

Subscribed and sworn to before by the said Anthony Betzer
In Polk County, Iowa on this the 8 day of April 2026

                                          By: _____
                                               Notary Public for the State of Iowa

DONNA C. RAY
Commission Number 781706
My Commission Expires
December 6, 2028