**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| JERMAINE PEALS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK, <br><br> Defendant, | Case No: 4:26-cv-00146-RGE-WPK |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK**

COMES NOW William J. Miller of Dorsey & Whitney LLP and hereby enters his appearance on behalf of Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock") in the above-captioned matter.

1

Dated: <u>April 17, 2026</u>

/s/ William J. Miller
William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*pro hac vice* forthcoming)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law

***Attorneys for Defendant*, Consumer Safety Technology, LLC d/b/a Intoxalock**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on April 17, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By:    Electronic Filing and/or
        _____ U.S. Mail          _____ FAX
        _____ Hand Delivered   _____ Overnight Courier
        _____ E-mail             _____ Other    _____

 /s/ William J. Miller

2