**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

|  |  |
|---|---|
| JERMAINE PEALS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00146-RGE-WPK |

**JOINT MOTION STRIKING DEFENDANT CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK'S RESPONSIVE PLEADING DEADLINE AND STAYING LITIGATION PENDING CONSOLIDATION**

Pursuant to FRCP, Rule 6(b)(1)(A), Plaintiff Jermaine Peals, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock"), by and through their undersigned counsel, hereby jointly move the Court to vacate Defendant's deadline to respond to Plaintiff's Class Action Complaint (the "Complaint") and stay the litigation pending consolidation of related matters filed with this Court.  Plaintiff served their Complaint on Intoxalock on April 9, 2026.

Intoxalock's responsive pleading to the Complaint is currently due on April 29, 2026.

The instant lawsuit is one of five related class action lawsuits arising from an alleged data breach incident that occurred on or about March 14, 2026.  The five related lawsuits are:

1.  *Peals v. Consumer Safety Technology LLC*, Case No. 4:26-cv-00146-RGE-WPK

2.   *Pratt v. Consumer Safety Technology LLC*, Case No. 4:26-cv-00145-SMR-HCA

3.  *Curry v. Consumer Safety Technology LLC,* Case No. 4:26-cv-00134-SMR-HCA

1

4.   *Strahl v. Consumer Safety Technology LLC*, Case No. 4:26-cv-00130-SMR-HCA

5.   *Praznik v. Consumer Safety Technology LLC*, Case No. 4:26-cv-00131-RGE-SBJ

Plaintiff and Intoxalock have met and conferred about the instant action and the related actions.  As a result of these discussions, Plaintiffs intend to consolidate the five related actions.  Concurrently with this Motion, Defendant has filed a Motion stating that it does not oppose this consolidation.  Accordingly, the Parties jointly move this Court to strike Intoxalock's responsive pleading deadline and stay the instant litigation pending consolidation of the related actions.

Dated: <u>April 28, 2026</u>

/s/ William J. Miller

William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*pro hac vice* forthcoming)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law

***Attorneys for Defendant*, Consumer Safety Technology, LLC d/b/a Intoxalock**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 28, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By:   Electronic Filing and/or
_____ U.S. Mail          _____ FAX
_____ Hand Delivered     _____ Overnight Courier
_____ E-mail             _____ Other  _____

/s/ William J. Miller