

# SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.

Shindler Andrson Goplerud & Weese PC represent clients nationwide in class-action and other complex litigation matters including securities law, consumer fraud, antitrust, product defect, and wage-and-hour cases.   Shindler Anderson Goplerud & Weese PC has served as Co-Lead Counsel, Co-Counsel, or Local Counsel in numerous settled/resolved class action matters, including but not limited to *Cohen et al v. Accordia Life and Annuity Company et al*, No. 4:18-cv-00458-JAJ-RAW (S.D. Iowa), *Kramer et al v. Aegon USA LLC et al*, No. 1:15-cv-00031 (N.D. Iowa), *Jones et al. v. Casey's Gen. Stores, Inc. et al*, No. 4:07-cv-400-RP-TJS (S.D. Iowa), *Fredrick D. Taylor et al. v. Midland National Life Insurance Company*, No. 4:16-cv-00140-SMR-HCA (S.D. Iowa), *Rozo v. Principal Life Insurance Company et al*, No. 4:14-cv-00463 (S.D. Iowa), *Hanson et al. v. Berthal Fisher and Company Financial Services Inc et al.*, No. 1:13-cv-00067-LRR (N.D. Iowa), *Davis et al. v. TPI Composites Inc. et al.*, No. 4:11-cv-00233-JAJ-TJS (S.D. Iowa), *Etter v. Trinity Structural Towers Inc*, No. 4:11-cv-249-RP-CEB (S.D. Iowa), *Hansen et al. v. Per Mar Security Services et al.*, No. 4:09-cv-459 (S.D. Iowa), *Lagunas et al. v. Cargill Meat Solutions Corp.*, No. 4:10-cv-00163-JAJ-RAW (S.D. Iowa), *Michael v. Honest Company, Inc.*, No. 2:15-cv-07059-JAK-AGR (C.D. Cal.), *Aleem v. Pearce & Durick and Jonathan Sanstead*, No. 1:15-cv-00085 (D. N.D.), *Fastrich et al. v. Continental General Insurance Company et al.*, No. 8:16-cv-00487-LSC-FG3 (D. Neb.), *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 JLS (MDD) (S.D. Cal.), *Randall Murrieta v. Clarke County Hospital*, No. CVCV03108 (Iowa District Court for Clarke County), *Stoudemire v. Lee Enterprises*, No. 3:22-cv-00086-SHL-SBJ (S.D.IA), *Carlin et al. v. Dairy America, Inc et al.*, No. 1:09 CV 00430-AWI (GSA) (E.D. Cal.), *Blackburn v. Champion Petfoods USA, Inc. et*



*al.*, No. 1:18-cv-00038-JEG-SBJ (S.D. Iowa), and *Roth v. Life Time Fitness, Inc. et al.*, No. 0:16-cv-02476-DSD-SER (D. Minn.).

Shindler Anderson Goplerud & Weese PC has served as Co-Lead Counsel, Co-Counsel, or Local Counsel in numerous class action matters that are settled and pending preliminary or final approval, including but not limited to *In Re: Broiler Chickens Antitrust*, 1:16-cv-08637 (N.D. Ill.), *In Re Pork Antitrust Litigation*, No. 18-cv-1776 (D. Minn.), *Bell v. Carepro Health Services*, No. CVCV104303 (Iowa District Court for Linn County), *Douglas et al v. PurFoods, LLC*, No. 4:23-cv-00332-RGE-SBJ (S.D. Iowa), *Lewis et al. v. Bridges Bay Resort Homeowner's Association et al.*, No. LACV031066 (Iowa District Court for Dickinson County), and *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.).

Shindler Anderson Goplerud & Weese PC has served as Co-Lead Counsel, Co-Counsel, or Local Counsel in numerous class action matters that are ongoing, including but not limited to *Harlan v. Crowdstrike Holdings, Inc. and Crowdstrike, Inc.*, No. 1:24-cv-00954 (W.D. Tex.), *In Re: Concrete and Cement Additives Antitrust Litigation*, No. 24-MD-03097 (S.D. NY), *Kelchner vs CRST Expedited, Inc, et al.*, No. 1:24-CV-00082 (N.D. Iowa), *In Re: Granulated Sugar Antitrust Litigation*, 24-3110 (JWB-DTS) (D.Minn.), *Mason vs Casey's Retail Company et al.*, No. CVCV069792 (Iowa District Court for Polk County), *In re: PVC Pipe Antitrust Litigation*, No. 24-cv-07639 (N.D. Ill.), *Signs v. Rouse Services, LLC, et al.*, No. 4:25-cv-00158-SMR-WPK (S.D. Iowa), *Redner's Markets, Inc. v.  Lamb Weston Holdings, Inc. et al.*, No. 1:24-cv-11801 (N.D. Ill.), *Riva On the River Homeowners Assoc. v. The Management Association, Inc.*, No. 2:24-cv-02782-CSK (E.D. Cal.), and *1625 Riviera Homeowners' Assoc. v. Uponor, Inc.*, No. 4:25-cv-07176 (N.D. Cal.).